# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CHARLENE B. WASHINGTON** | **CIVIL ACTION** |
| **VERSUS** | **NO: 07-638-JCZ-SS** |
| **TRAVELERS** | |

## ORDER

The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and finding that as of this date plaintiff has filed no objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion. Accordingly,

IT IS ORDERED that the motion of the defendant, Standard Fire Insurance Company, for sanctions against the plaintiff, Charlene B. Washington, (Rec. doc. 23) is GRANTED and plaintiff's petition be dismissed without prejudice.

January 16, 2008

_____
UNITED STATES DISTRICT JUDGE